# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 106 MM 2016
:
           Respondent : 
:
:
:
          v. :
:
:
:
ALTON D. BROWN, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2016, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.